UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA LILI THENBOUPHA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL PARKS SERVICE, et al.,<br><br>Defendants. | Case No.  23-cv-03167-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 5/10/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  3/29/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/15/2024.

ADR:  Random Magistrate Settlement Conference to be completed by:  9/16/2024.

DESIGNATION OF EXPERTS: 10/16/2024; REBUTTAL: 11/15/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/16/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/15/2025;
    Opp. Due: 1/29/2025; Reply Due: 2/5/2025;
    and set for hearing no later than 2/21/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  2/25/2025
PRETRIAL CONFERENCE DATE: 3/11/2025 at 1:30 PM.

BENCH TRIAL DATE: 3/17/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: February 16, 2024

_____
SUSAN ILLSTON
United States District Judge